THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Cazario Marshall, Appellant.
 
 
 

Appeal From Allendale County
 Paul M. Burch, Circuit Court Judge

Unpublished Opinion No.2007-UP-034
Submitted January 2, 2007  Filed January 19, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of Columbia; Solicitor Randolph  Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM:  Cazario Marshall appeals his convictions for burglary-first, armed robbery, kidnapping, assault and battery of a high and aggravated nature (ABHAN), and possession of a firearm in the commission of a violent crime.  Marshalls appellate counsel argues the circuit court erred in admitting certain hearsay evidence and in allowing improper bolstering of a co-defendant witness.  Marshall did not file a pro se brief.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.    
APPEAL DISMISSED.
ANDERSON, HUFF and BEATTY, JJ. concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.